# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

U.S. COURTS
DEC 04 2013
Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ASHLEE C. TINNO | **WARRANT FOR ARREST**<br><br>CASE NUMBER:  4:10-CR-00047-003-BLW |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ASHLEE C. TINNO** and bring forthwith to the nearest magistrate to answer **PETITION ON SUPERVISED RELEASE** charging with the below listed violation.

VIOLATION OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE

*/s/ Jill Palkoner*
Jill Palkoner, Deputy Clerk
Name and Title of Issuing Officer

November 21, 2013
Date

---

### RETURN

This warrant was received 11/21/2013 and executed with the arrest of the above-named individual at Nampa, ID.

_____
Signature of Arresting Officer

12/03/2013
Date of Arrest

For DUSMs Bracke, Humkey, Wouter & SDUSM Thompson
Name & Title of Arresting Officer